## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

TRACE DWAYNE ROBINSON,

      **Plaintiff,**          :

                                  **Case No. 2:25-cv-51**
     **v.**                         **Chief Judge Sarah D. Morrison**
                                  **Magistrate Judge Elizabeth**
                                  **Preston Deavers**

PARTY UNKNOWN,

                              :

      **Defendant.**

## <u>ORDER</u>

This matter is before the Court on the Magistrate Judge's Order and Report and Recommendation issued on January 23, 2025. (R&R, ECF No. 4.) The Magistrate Judge granted Plaintiff Tracey Dwayne Robinson's request to proceed *in forma pauperis*. (*Id*.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss Mr. Robinson's claims for failure to name a defendant, failure to state a claim upon which relief may be granted, and failure to allege subject matter jurisdiction. (*Id*.) The Magistrate Judge further recommended that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the R&R would not be in good faith and deny Mr. Robinson leave to file *in forma pauperis*. (*Id*.) The time for filing objections has now passed and no objections were filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Robinson's Complaint is **DISMISSED**. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Clerk is **DIRECTED** to **TERMINATE** this case.

      **IT IS SO ORDERED.**

                                    /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON, CHIEF JUDGE**
                                  **UNITED STATES DISTRICT COURT**